UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN SEYMOUR,

                Plaintiff,

   v.

CAROLYN W. COLVIN,

                Defendant.

CASE NO. C15-5935JLR

ORDER OF REMAND

The court has reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

   (1)   The court adopts the Report and Recommendation;

   (2)   The court REMANDS this matter for further administrative proceedings; and

   (3)   The clerk shall direct copies of this Order to all counsel and to Judge

//

//

ORDER OF REMAND - 1

1  Theiler.

2    DATED this 19th day of September, 2016.

3

4

5                                                    _____

6                                                    JAMES L. ROBART
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF REMAND - 2